DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRACY MILBURN** a/k/a **TRACY MOROWSKI,**
Appellant,

v.

**GATELAND VILLAGE CONDOMINIUM, INC.**,
a Florida Non-Profit Corporation**,**
Appellee.

No. 4D2023-2304

[August 8, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Keathan B. Frink, Judge; L.T. Case No. CACE21-003771.

James G. Jean-Francois of Law Offices of James Jean-Francois, P.A., Hollywood, for appellant.

Beth G. Lindie and Jeremy M. Zubkoff of Esler & Lindie, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***